IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00559-LTB

KEITH JUDD,

    Plaintiff,

v.

BARACK OBAMA,
SECRETARY OF STATE OF COLORADO, et al., and
DEMOCRATIC PARTY OF COLORADO,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 11, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 11 day of April, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Grimm
            Deputy Clerk